STATE, RESPONDENT, *v.* MORSE, APPELLANT.

(No. 5,964.)

(Submitted June 10, 1926.    Decided June 24, 1926.)

[248 Pac. 219.]

(For syllabus see *State* v. *O'Neill, ante,* p. 526.)

*Appeal from District Court, Big Horn County; O. F. Goddard, Judge.*

ROBERT MORSE was convicted of burglary and appeals from the judgment and the order denying his motion for a new trial. Affirmed.

*Mr. Franklin D. Tanner,* for Appellant, submitted a brief and argued the cause orally.

*Mr. L. A. Foot,* Attorney General, *Mr. A. H. Angstman,* Assistant Attorney General, and *Mr. T. H. Burke,* County Attorney of Big Horn County, submitted a brief; *Mr. Burke* argued the cause orally.

## OPINION: PER CURIAM.

The defendant was convicted of the crime of burglary in the first degree. The jury also found the charge of prior conviction of robbery true. The defendant appealed from the judgment and from an order denying his motion for a new trial.

The decision in this case is controlled by the decision in *State v. O'Neill, ante,* p. 526, 248 Pac. 215. Upon the authority of that case, the judgment and order herein are affirmed.

*Affirmed.*